UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PETILLO, JR., | No. 2:23-cv-2286-CKD P |
| Plaintiff, | |
| v. | ORDER |
| CSP SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983 and against California prison employees. On December 15, 2023, plaintiff's complaint was dismissed with leave to amend. Plaintiff has now filed an amended complaint.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court has attempted to screen plaintiff's amended complaint but cannot do so as much of the amended complaint is illegible due to plaintiff's small and cramped handwriting. Further, the material is vague and confusing such that the court is unable to decipher plaintiff's claims.

For these reasons, plaintiff's amended complaint will be dismissed. The court will grant plaintiff one final opportunity to submit pleadings upon which he can proceed. If the second amended complaint is illegible and/or vague and confusing, the court will recommend that this

action be dismissed.

Plaintiff should refer to the court's December 15, 2023, screening order for other requirements as to the contents of the second amended complaint and information which may be helpful to plaintiff to state a claim upon which he can proceed.[1]

Finally, plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's second amended complaint complete. Local Rule 220 requires that any amended complaint be complete in itself without reference to any prior pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed.

2. Plaintiff may file a second amended complaint no later than June 22, 2024, that complies with the requirements of this order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint."

3. The failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: May 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
peti2286.14(2)

---

[1] Plaintiff should provide the "who, when, what, and how" factual information underlying his claims of constitutional violations to allow the court to understand his assertions.